IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAUL BERGER REVOCABLE TRUST,<br><br>*Plaintiff*,<br><br>- v. -<br><br>JOAN A. BRACA, MARK J. BYRNE, DANIEL P. DOHENY, RICHARD P. FOX, RHONDA GERMANY, DAVID JUKES, VARUN LAROYIA, STEPHEN D. NEWLIN, CHRISTOPHER D. PAPPAS, KERRY J. PREETE, ROBERT L. WOOD, UNIVAR SOLUTIONS INC., and APOLLO GLOBAL MANAGEMENT, INC.,<br><br>*Defendants*. | Case No.1:23-CV-02938 |

## STIPULATION TO REMAND

1. On May 3, 2023, Plaintiff Paul Berger Revocable Trust ("Berger" or "Plaintiff") filed an action in the Circuit Court of DuPage County, Illinois styled as *Paul Berger Revocable Trust v. Joan A. Braca, Mark J. Byrne, Daniel P. Doheny, Richard P. Fox, Rhonda Germany, David Jukes, Varun Laroyia, Stephen D. Newlin, Christopher D. Pappas, Kerry J. Preete, Robert L. Wood, Univar Solutions Inc., and Apollo Global Management, Inc.*, Case No. 2023CH000094 (Cir Ct. DuPage Cty.) (the "Lawsuit").

2. On May 10, 2023, Defendant Christopher Pappas filed a Notice of Removal to remove the Lawsuit to this Court.

3. Following discussion between the parties, the parties, through counsel, stipulate and request the Court to order that this matter is remanded to the Circuit Court of DuPage County, Illinois. Each party shall bear its own costs.

Dated: May 18, 2023  
Chicago, Illinois

Respectfully submitted,

By: /s/ *William F Dolan*  
William F. Dolan  
Jones Day  
110 N. Wacker Drive  
Chicago, IL 60606

/s/ Leland Shalgos  
Leland E. Shalgos  
2650 West 51st Street  
Chicago, IL 60632  
Email: Shalgosl@aol.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of May 2023 the foregoing **STIPULATION TO REMAND** was filed via CM/ECF.  In addition to service via C<?ECF, a copy of this stipulation is being sent via Federal Express to the following:

Leland E. Shalgos
2650 West 51st Street
Chicago, IL  60632
Email: Shalgosl@aol.com

The Brualdi Law Firm, P.C.
29 Broadway, Suite 2400
New York, NY  10006
Telephone:  (212) 952-0602
Facsimile:  (212) 952-0608

*Counsel for Plaintiff*

Andrew J. Ehrlich
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Email:  aehrlich@paulweiss.com

*Counsel for Apollo Global Management, Inc.*

Yosef  Schaffel
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY  10019
Telephone:  212.403.1000
Fax:  212.403.2000
YGSchaffel@wlrk.com

*Counsel for Joan A. Braca, Mark J. Byrne, Daniel P. Doheny, Richard P. Fox, Rhonda Germany, David Jukes, Christopher D. Pappas, Varun Laroyia, Stephen D. Newlin, Kerry J. Preete, Robert L. Wood, and Univar Solutions Inc.*

*s/* _____

NAI-1536851605v1

3