# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| PAUL BERGER REVOCABLE TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 23 C 2938 |
| v. | ) | |
| | ) | Judge Jorge L. Alonso |
| JOAN A. BRACA, MARK J. BYRNE, DANIEL P. DOHENY, RICHARD P. FOX, RHONDA GERMANY, DAVID JUKES, VARUN LAROYIA, STEPHEN D. NEWLIN, CHRISTOPHER D. PAPPAS, KERRY J. PREETE, ROBERT L. WOOD, UNIVAR SOLUTIONS INC., and APOLLO GLOBAL MANAGEMENT, INC | ) | |
| Defendants. | ) | |

## ORDER

Pursuant to the parties' stipulation [6], the Court orders this case remanded as improvidently removed. The Clerk is directed to remand this case to the Circuit Court of DuPage County, Illinois, forthwith.

Date: 6/5/2023

_____
Jorge L. Alonso
United States District Judge